UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| EDWARD ALBERTO MOZQUEDA,<br><br>                Petitioner,<br><br>    v.<br><br>RONALD HAYNES,<br><br>                Respondent. | CASE NO. 2:22-cv-00038-BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on Magistrate Judge David W. Christel's Report and Recommendation ("R&R"). Dkt. 22. Judge Christel recommends dismissing Petitioner Edward Alberto Mozqueda's habeas petition with prejudice because his claim is procedurally barred. *Id.* at 10. He also recommends denying Mozqueda's motion to stay. *Id.* The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby order as follows:

    (1)    The R&R is **ADOPTED**;

    (2)    Mozqueda's Petition for Habeas Corpus, Dkt. 6, is **DISMISSED with prejudice**;

    (3)    Mozqueda's Motion to Stay, Dkt. 19, is **DENIED**;

    (4)    A certificate of appealability is **DENIED**;

ORDER - 1

(5) The Clerk is directed to send copies of this Order to Mozqueda, counsel for Respondent, and to Judge Christel; and

(6) The Clerk shall close the case.

Dated this 1st day of December, 2022.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2